N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:24-cv-1088-D

In the Matter of:                                    )
                                                     )
GORDON DALE MANN, Owner of the                       )
M/Y HOOKED ON A FEELING, a 1988                      )
63' +/- Gulfstar, HIN # GFS63004K788,                )        **CLAIM OF TRACI RIVENBARK**
Official # 937310, her engines, tackle,              )
apparel, appurtenances, fittings, etc.               )
                                                     )
For Exoneration from                                 )
And/or Limitation of Liability                       )
                                                     )
                                                     )

       Traci Rivenbark provides notice of her claim against the Defendant in this action. She has filed suit against the owner and operator of the vessel, Gordon Mann, that suit is pending as civil action 7:24-CV-830-D-RJ.

       She was injured when the vessel operated or under the control of Gordon Mann drove at a high rate of speed down the Intracoastal waterway in Pender County, North Carona on September 4, 2022.

       Mann was responsible for the vessel and its operation at all relevant items on September 4, 2022 and knew or should have known that it was operating at an unsafe speed. The vessel swamped several docks and caused a large wake to upset the Plaintiff's smaller vessel. As a result of the large wake Plaintiff fell and injured her back.

       Mann was stopped by the law enforcement on September 22, 2022 and made aware of the dock damage and injury to Rivenbark.

       Traci Rivenbark has had back surgery and continues to have pain as a result of the incident. Her claims may exceed the value of the vessel and its pending freight.

       Traci Rivenbark seeks monetary damages and asks the court to rule in her favor and enter judgment against Gordon Mann for his negligence and to award all costs, attorney and expert fees deemed appropriate to Plaintiff.

1

This the 26th day of March, 2025.

CROSSLEY McINTOSH COLLIER HANLEY & EDES, PLLC


By:  /s/ Andrew Hanley_____
      Andrew Hanley
      NC State Bar No.: 23738
      5002 Randall Parkway, Suite 200
      Wilmington, NC 28403
      Telephone: (910) 762-9711
      Facsimile:  (910) 256-0310

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will deliver to the following counsel via electronic mail:


Jason R. Harris
Farrell, Smith, O'Conneell, Aarsheem & Aprans LLP
27 Congress St., Suite 508
Salem, MA 01970
jharris@fsofirm.com


This the 26th day of March, 2025.

By:    /s/ Andrew Hanley_____