UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION – IN ADMIRALTY

CIVIL ACTION NO. 7:24-CV-01088-D-RJ

In the Matter of:

GORDON DALE MANN, Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.

For Exoneration from
or Limitation of Liability

INDEX OF EXHIBITS

1. Index of Exhibits
2. Ex 1. Affidavit of Publication – Notice to Claimants
3. Ex 2. Proof of Delivery of Notice to Claimants – Traci & Lawrence Rivenbark
4. Ex 3. Proof of Delivery of Notice to Claimants – David & Kelli Best
5. Ex 4. Affidavit of Service of Notice to Claimants – David & Kelli Best
6. Ex 5. Proof of Delivery of Notice to Claimants – Donald Stewart
7. Ex 6. Affidavit of Service of Notice to Claimants – Donald Stewart
8. Ex 7. Proof of Delivery of Notice to Claimants – Donald Stewart
9. Ex 8. Proof of Delivery of Notice to Claimants – Kenneth Holley, Sr.
10. Ex 9. Affidavit of Service of Notice to Claimants – Kenneth Holley, Sr.
11. Ex 10. Proof of Delivery of Notice to Claimants – Jerome Templeton
12. Ex 11 Affidavit of Service of Notice to Claimants – Jerome Templeton
13. Ex 12 Proof of Delivery of Notice to Claimants – Jerome Templeton

14. Ex 13 Affidavit of Service of Notice to Claimants – Jerome Templeton

15. Ex 14 Proof of Service of Notice to Claimants – Marsh Creek at Scotts Hill Marina

16. Ex 15 Affidavit of Service of Notice to Claimants – Marsh Creek at Scotts Hill Marina

17. Ex 16 Proof of Service of Notice to Claimants – Marsh Creek Investments, LLC

18. Ex 17 Affidavit of Service of Notice to Claimants – Marsh Creek Investments, LLC

19. Ex 18 Proof of Service of Notice to Claimants – Marsh Creek Marine and Dry Storage, LLC

20. Ex 19 Affidavit of Service of Notice to Claimants – Marsh Creek Marine and Dry Storage, LLC

21. Ex 20 Proof of Service of Notice to Claimants – B&M Holdings, LLC

22. Ex 21 Affidavit of Service of Notice to Claimants – B&M Holdings, LLC

23. Text of Proposed Order