

**AFFIDAVIT OF PUBLICATION**

Suite 508
Farrell Smith O'Connell Aarshe
27 Congress St. Suite 508
Salem MA 01970

STATE OF NORTH CAROLINA, COUNTY OF NEW HANOVER

The Wilmington Star-News, a newspaper printed and published in the city of Wilmington, and of general circulation in the County of New Hanover, State of North Carolina, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue dated:

02/19/2025, 02/26/2025, 03/05/2025, 03/12/2025

and that the fees charged are legal.
Sworn to and subscribed before on 03/12/2025

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

10-25-26
_____
My commission expires

| | |
|---|---|
| Publication Cost: | $1274.84 |
| Tax Amount: | $0.00 |
| Payment Cost: | $1274.84 |
| Order No: | 11024293 |
| Customer No: | 1375976 |
| PO #: | LWLM0237169 |

# of Copies: 0

THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

RYAN SPELLER
Notary Public
State of Wisconsin

EXHIBIT
1

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA SOUTHERN DIVISION – IN ADMIRALTY
CIVIL ACTION NO.: 7:24-cv-1088-D

In the Matter of:
GORDON DALE MANN., Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.

For Exoneration from or Limitation of Liability

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**

Notice is hereby given that Gordon Dale Mann, ("Limitation Plaintiff") as Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc. ("Vessel"), has filed a Complaint for exoneration from and/or limitation of liability, civil and maritime, pursuant to 46 U.S.C. 30501, et. seq., Rule F of the Supplementary Rules of the Federal Rules of Civil Procedure, for all losses, damages, injuries, or destruction allegedly resulting during a recreational, no freight pend-ing, not "for hire" pleasure trip and voyage commencing on or about September 3, 2022 from Atlantic Yacht Basin, Chesapeake, Northampton County, Virginia via the Atlantic Ocean and Intracoastal Waterway (including a leg or segment of the voyage from Oriental, Pamlico County, North Carolina to Wrightsville Beach, New Hanover County, North Carolina on September 4, 2022) to and terminating at Grand Dunes Marina in North Myrtle Beach, Horry County, South Carolina on or about September 5, 2022 (the "Voyage"), all upon navigable bodies of water, as de-scribed more fully in the Limitation Plaintiff's Complaint.

All persons having claims against Gordon Dale Mann and/or the Vessel must file their respective claims, as provided in Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court for the Eastern District of North Carolina, Southern Division, located at 2 Princess Street, Wilmington, NC 28401, and serve on Limitation Plaintiff's attorney, Jason R. Harris, Farrell Smith O'Connell Aarsheim Aprans LLP, 321 North Front Street, Suite 104, Wilmington, NC 28401, on or before the 28th day of March, 2025, or be defaulted.

If any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, they shall file and serve on counsel for Limitation Plaintiff an Answer to the Complaint on or before the aforesaid date unless their claim has included an Answer so designed or be defaulted.

This the 28 day of January, 2025.

Peter A. Moore, Jr.
CLERK OF COURT

LWLM0237169