

**Tracking ID:** 772138651355

Local Scan Time



✓ **Delivered**
Friday, 2/21/25 at 3:27 PM

Signed for by: Signature not required

→ View more details

⤓ Obtain proof of delivery

⌕ Report missing package

**From**
Jason R. Harris
321 North Front Street
Suite 104
WILMINGTON, NC US 28401

**To**
Traci Rivenbark Lawrence Rivenbark
530 Hillwood Ct
GREENSBORO, NC US 27410

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

**FOLLOW FEDEX**

© FedEx 1995-2025 | Site Map | Terms of Use | Privacy & Security | Ad Choices

EXHIBIT 2