Tracking ID: 772138752538  📋  ◁

Local Scan Time  ⌄



✅ **Delivered**
Wednesday, 2/19/25 at 11:27 AM

Signed for by: Signature not required

📍 **GPS delivery location**

→ **View more details**

⬇ **Obtain proof of delivery**

🔍 **Report missing package**

**From**
Jason R. Harris
321 North Front Street
Suite 104
WILMINGTON, NC US 28401

**To**
David E Best and Kelli B Best
220 Simmons Drive
WILMINGTON, NC US 28411

---

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

**EXHIBIT 3**