
Tracking ID: 772139018850                                    Local Scan Time ⌄

SHOPRUNNER by FedEx
Ready to shop again?
Get exclusive deals at your favorite stores.                 SHOP NOW

✅ **Delivered**
Wednesday, 2/19/25 at 11:19 AM

Signed for by: Signature not required



📍 **GPS delivery location**

→ **View more details**

⬇ **Obtain proof of delivery**

🔍 **Report missing package**

**From**
Jason R. Harris
321 North Front Street
Suite 104
WILMINGTON, NC US 28401

**To**
Donald J Stewart
2216 Scotts Hill Loop Road
WILMINGTON, NC US 28411

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

**MORE FROM FEDEX**
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States


EXHIBIT
5

Case 7:24-cv-01088-D-RJ     Document 19-6     Filed 04/15/25     Page 1 of 1