

Tracking ID: 772442894354

Local Scan Time

**Ready to shop again?**
Get exclusive deals at your favorite stores.
SHOP NOW

✅ **Delivered**
Tuesday, 3/4/25 at 12:14 PM

Signed for by: Signature not required



📍 **GPS delivery location**

→ **View more details**

⬇ **Obtain proof of delivery**

🔍 **Report missing package**

**From**
Jason R. Harris
321 North Front Street
Suite 104
WILMINGTON, NC US 28401

**To**
Donald J Stewart
117 Topsail Drive
Hampstead, NC US 28443

---

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

---



© FedEx 1995-2025 | Site Map | Terms of Use | Privacy & Security | Ad Choices

---

**EXHIBIT 7**