

**FedEx.**    David

**Tracking ID:** 772138966952    Local Scan Time



SHOPRUNNER by FedEx
Ready to shop again?
Get exclusive deals at your favorite stores.    SHOP NOW

✓ **Delivered**
Saturday, 2/22/25 at 3:10 PM

Signed for by: K.Holley

📍 GPS delivery location
→ View more details
⬇ Obtain proof of delivery
🔍 Report missing package

**From**
Jason R. Harris
321 North Front Street
Suite 104
WILMINGTON,NC US 28401

**To**
Kenneth Holley Sr
307 Rochelle Drive
KNIGHTDALE,NC US 27545

| OUR COMPANY | | MORE FROM FEDEX | LANGUAGE |
|---|---|---|---|
| About FedEx | FedEx Blog | FedEx Compatible | 🌐 United States |
| Our Portfolio | Corporate Responsibility | FedEx Developer Portal | |
| Investor Relations | Newsroom | FedEx Logistics | |
| Careers | Contact Us | ShopRunner | |

**FOLLOW FEDEX**

© FedEx 1995-2025    Site Map | Terms of Use | Privacy & Security | Ad Choices

EXHIBIT
8