
**Tracking ID:** 772138894776

Local Scan Time

Ready to shop again?
Get exclusive deals at your favorite stores.
SHOP NOW

✓ **Delivered**
Wednesday, 2/19/25 at 11:40 AM

Signed for by: Signature not required



📍 GPS delivery location
→ View more details
⬇ Obtain proof of delivery
🔍 Report missing package

**From**
Jason R. Harris
321 North Front Street
Suite 104
WILMINGTON, NC US 28401

**To**
Jerome Templeton
5316 Andover Road
WILMINGTON, NC US 28403

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

**FOLLOW FEDEX**     

© FedEx 1995-2025   Site Map | Terms of Use | Privacy & Security | Ad Choices