

Tracking ID: 772273140749

Local Scan Time



SHOPRUNNER by FedEx.
Ready to shop again?
Get exclusive deals at your favorite stores.
SHOP NOW

✓ Delivered
Tuesday, 2/25/25 at 4:08 PM

Signed for by: Signature not required



GPS delivery location

→ View more details

⬇ Obtain proof of delivery

🔍 Report missing package

**From**
Farrell Smith O'Connell
27 Congress Street
Suite 508
Salem, MA US 01970

**To**
Jerome R. Templeton
1250 Jerome Chrismill Lane
MT PLEASANT, SC US 29466

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**
🌐 United States

FOLLOW FEDEX    

© FedEx 1995-2025     Site Map | Terms of Use | Privacy & Security | Ad Choices

---

EXHIBIT
12

Case 7:24-cv-01088-D-RJ     Document 19-13     Filed 04/15/25     Page 1 of 1