UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION – IN ADMIRALTY

CIVIL ACTION NO.: 7:24-cv-1088-D

In the Matter of:

GORDON DALE MANN, Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.

For Exoneration from and/or Limitation of Liability

**AFFIDAVIT OF SERVICE**

Received by John Gamble, on the 25th day of February, 2025 at 10:40 am/~~pm~~ to be served on: Jerome Templeton.

I, John R. Gamble, being duly sworn, depose and say that on the 27th day of February, 2025 at 7:08 am/~~pm~~, I:

Served by delivering a true copy of the EASTERN DISTRICT-IN ADMIRALTY Verified Complaint for Exoneration From and/or Limitation of Liability with Exhibits 1-4; Notice of Appearance of Jason R. Harris; Ad Interim Stipulation with Exhibits A-B; Disclosure of Corporate Affiliation and Other Entities with a Direct Financial Interest in Litigation; Notice of Related Cases; Notice of Appearance of Melanie Huffines; Order Approving Ad Interim Stipulation, Directing Issuance of Notice and Restraining Prosecution of Claims; and Notice to Claimants of Complaint for Exoneration From and/or Limitation of Liability, at the date and time stated above to:
Jerome Templeton at the address of 1101 Irving Manigault Rd. McClellanville, S.C. 29458
And informed said person of the contents of therein, in compliance with state statutes.

Being first duly sworn, I depose and say that on the above date and time I served the above legal documents in the above matter at the above location in accordance with state statutes. I certify that I have no interest in the above action, am of legal age and have proper authority in jurisdiction in which the service was made.

John Gamble

State of South Carolina
County of Charleston

Sworn to and subscribed before me this the 27th day of February, 2025

John Kearse
Notary Public
My Commission Expires: June 3, 2031

EXHIBIT 13