# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION – IN ADMIRALTY

### CIVIL ACTION NO.: 7:24-cv-1088-D

In the Matter of:

GORDON DALE MANN, Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.

For Exoneration from and/or Limitation of Liability

**AFFIDAVIT OF SERVICE**

Received by Terry Peters, on the 18th day of February, 2025 at 2:45 am/pm to be served on *Marsh Creek Investments LLC*.

I, Terry Peters, being duly sworn, depose and say that on the 21st day of February, 2025 at 6:05 am/pm I:

Served by delivering a true copy of the EASTERN DISTRICT-IN ADMIRALTY Verified Complaint for Exoneration From and/or Limitation of Liability with Exhibits 1-4; Notice of Appearance of Jason R. Harris; Ad Interim Stipulation with Exhibits A-B; Disclosure of Corporate Affiliation and Other Entities with a Direct Financial Interest in Litigation; Notice of Related Cases; Notice of Appearance of Melanie Huffines; Order Approving Ad Interim Stipulation, Directing Issuance of Notice and Restraining Prosecution of Claims; and Notice to Claimants of Complaint for Exoneration From and/or Limitation of Liability, at the date and time stated above to: *John E. Bradshaw (accept for Stephanie Bradshaw)* at the address of *142 Lafayette St, Wilmington, N.C.*,
And informed said person of the contents of therein, in compliance with state statutes.

Being first duly sworn, I depose and say that on the above date and time I served the above legal documents in the above matter at the above location in accordance with state statutes. I certify that I have no interest in the above action, am of legal age and have proper authority in jurisdiction in which the service was made.

_____
Terry Peters

State of North Carolina
County of *Pender*

Sworn to and subscribed before me this the 24 day of February, 2025.

_____
Notary Public
My Commission Expires: October 14, 2026

[Notary Seal: REBECCA GOOLE, NOTARY PUBLIC, PENDER COUNTY, NC, MY COMMISSION EXPIRES OCTOBER 14, 2026]

EXHIBIT 17