

April 15, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 772139134675

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | U.Unsworth | Delivery Location: | 2570 Scotts Hill Loop Road |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday | | WILMINGTON, NC, 28411 |
| | | Delivery date: | Feb 19, 2025 11:23 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772139134675 | Ship Date: | Feb 18, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
Stephanie Cobb Bradshaw, RA, Marsh Creek Marine Dry Storage LLC
2570 Scotts Hill Loop Road
WILMINGTON, NC, US, 28411

**Shipper:**
Jason R. Harris, Farrell Smith O'Connell LLP
321 North Front Street
Suite 104
WILMINGTON, NC, US, 28401

Reference          1384



EXHIBIT 18

Thank you for choosing FedEx