# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION – IN ADMIRALTY

### CIVIL ACTION NO.: 7:24-cv-1088-D

In the Matter of:

GORDON DALE MANN, Owner of the
M/Y HOOKED ON A FEELING, a 1988
63' +/- Gulfstar, HIN # GFS63004K788,          **AFFIDAVIT OF SERVICE**
Official # 937310, her engines, tackle,
apparel, appurtenances, fittings, etc.

For Exoneration from
and/or Limitation of Liability

---

Received by Terry Peters, on the *15th* day of February, 2025 at *2:45* am/~~pm~~ to be
served on *MARSH CREEK MARINE + DRY STORAGE LLC*

I, _Terry Peters_, being duly sworn, depose and say that on the *21st* day of February,
2025 at *6:05* am/~~pm~~ I:

Served by delivering a true copy of the EASTERN DISTRICT-IN ADMIRALTY Verified
Complaint for Exoneration From and/or Limitation of Liability with Exhibits 1-4; Notice
of Appearance of Jason R. Harris; Ad Interim Stipulation with Exhibits A-B; Disclosure
of Corporate Affiliation and Other Entities with a Direct Financial Interest in
Litigation; Notice of Related Cases; Notice of Appearance of Melanie Huffines; Order
Approving Ad Interim Stipulation, Directing Issuance of Notice and Restraining
Prosecution of Claims; and Notice to Claimants of Complaint for Exoneration From
and/or Limitation of Liability, at the date and time stated above to:
*JOHN F. BRADSHAW (ACCEPT FOR Stephanie Bradshaw)* at the address of
*142 LAFAYETTE ST., WILMINGTON, N.C.* ,
And informed said person of the contents of therein, in compliance with state statutes.

Being first duly sworn, I depose and say that on the above date and time I served the
above legal documents in the above matter at the above location in accordance with state
statutes. I certify that I have no interest in the above action, am of legal age and have
proper authority in jurisdiction in which the service was made.

_____
Terry Peters

State of North Carolina
County of _Pender_

Sworn to and subscribed before me this the *21* day of February, 2025

_____
Notary Public
My Commission Expires *October 14 2026*

EXHIBIT
19