

April 15, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 772139443370

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 137 Trombay Drive |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | WILMINGTON, NC, 28412 |
| | | **Delivery date:** | Feb 19, 2025 11:03 |

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 772139443370 | **Ship Date:** | Feb 18, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Thomas E Melin Registered Agent, B&M Holdings LLC
137 Trombay Drive
WILMINGTON, NC, US, 28412

**Shipper:**
Jason R. Harris, Farrell Smith O'Connell LLP
321 North Front Street
Suite 104
WILMINGTON, NC, US, 28401

**Reference**    1384

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

EXHIBIT 20