# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION – IN ADMIRALTY

**CIVIL ACTION NO.: 7:24-cv-1088-D**

In the Matter of:

GORDON DALE MANN, Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.

For Exoneration from and/or Limitation of Liability

**AFFIDAVIT OF SERVICE**

Received by Terry Peters, on the *18TH* day of February, 2025 at *2:45* am/pm to be served on *B+M Holdings, LLC*.

I, Terry Peters, being duly sworn, depose and say that on the *21ST* day of February, 2025 at *6:05* am/pm, I:

Served by delivering a true copy of the EASTERN DISTRICT-IN ADMIRALTY Verified Complaint for Exoneration From and/or Limitation of Liability with Exhibits 1-4; Notice of Appearance of Jason R. Harris; Ad Interim Stipulation with Exhibits A-B; Disclosure of Corporate Affiliation and Other Entities with a Direct Financial Interest in Litigation; Notice of Related Cases; Notice of Appearance of Melanie Huffines; Order Approving Ad Interim Stipulation, Directing Issuance of Notice and Restraining Prosecution of Claims; and Notice to Claimants of Complaint for Exoneration From and/or Limitation of Liability, at the date and time stated above to:
*John E. Bradshaw (Accept for Thomas Melin)* at the address of *142 Lafayette St., Wilmington, N.C.*,
And informed said person of the contents of therein, in compliance with state statutes.

Being first duly sworn, I depose and say that on the above date and time I served the above legal documents in the above matter at the above location in accordance with state statutes. I certify that I have no interest in the above action, am of legal age and have proper authority in jurisdiction in which the service was made.

Terry Peters

State of North Carolina
County of *Pender*

Sworn to and subscribed before me this the *24* day of February, 2025

Notary Public
My Commission Expires: *October 14 2026*

REBECCA GOOLER
NOTARY PUBLIC
PENDER COUNTY
MY COMMISSION EXPIRES OCTOBER 14, 2026

EXHIBIT 21