UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION – IN ADMIRALTY

CIVIL ACTION NO. 7:24-CV-01088-D-RJ

| | |
|---|---|
| In the Matter of:<br><br>GORDON DALE MANN, Owner of the M/Y HOOKED ON A FEELING, a 1988 63' +/- Gulfstar, HIN # GFS63004K788, Official # 937310, her engines, tackle, apparel, appurtenances, fittings, etc.<br><br>For Exoneration from and/or Limitation of Liability | **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF PENDING DEADLINES** |

This matter is before the Court upon the Consent Motion of Limitation Plaintiff, Gordon Dale Mann, Claimant/Counterclaimant Traci Rivenbark, Claimants David E. Best and Kelli B. Best, and Third-Party Defendant Lawrence D. Rivenbark, pursuant to Federal Rule of Civil Procedure 6(b) and EDNC Local Rule 6.1, for an Order extending deadlines for responses to pending pleadings based on their intent to conduct an early voluntary mediation that may resolve the issues among them in this case.

Upon consideration and for good cause shown, the Court Orders that the deadline for the parties to file additional pleadings in this action, specifically including responses to "Limitation Plaintiff's Motion to Dismiss" [DE 28] and responses to "Limitation Plaintiff's Amended Third-Party Complaint, Impleader and Demand for Judgment in Favor of Claimant Traci Rivenbark (if any) to be Against Lawrence D. Rivenbark [DE 30] are hereby extended through and including the

earlier of either (i) 21 days after notice to the Court by any party or the mediator reporting impasse at mediation, or (ii) September 15, 2025.

SO ORDERED. This the 27 day of May, 2025.

JAMES C. DEVER III
United States District Judge